ORIGINAL

FILED
SEP 17 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WACKENHUT SERVICES, INC.,** | ) | |
| **Plaintiff,** | ) | **Case No.** 08-660 C |
| **v.** | ) | |
| | ) | **(Judge __________)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, Wackenhut Services, Inc. ("WSI"), respectfully applies to this Court for the issuance of a Order granting leave to file under seal the Complaint, as well as all submissions containing protected material, pending issuance of a requested Protective Order in this case. Plaintiff has filed a Motion for Protective Order concurrently with this Motion.

This bid protest challenges the award the award of a fixed price IDIQ contract (the "Contract") to Coastal International Security, Inc. ("Coastal") by the National Aeronautics and Space Administration ("NASA"), under Request for Proposals No. NNX077040R (the "RFP").

This Motion is made pursuant to Rules of the United States Court of Federal Claims ("RCFC") App. C, § III. The documents subject to this Motion include the Complaint and Memorandum of Points and Authorities, filed under seal simultaneously with this Motion.

The materials that form the basis for this protest are comprised of contractor proprietary information (*e.g.*, proposal and pricing information) and source selection sensitive information (*e.g.*, acquisition planning, evaluation, and award documentation) relating to the procurement at issue. These materials were disclosed to undersigned counsel subject to a protective order issued by the U.S. Government Accountability Office ("GAO") in conjunction with a bid protest of the

Contract award previously filed with the GAO on June 10, 2008, docketed as B-400240, B-400240.2. GAO issued a decision denying the bid protest on September 10, 2008.

WHEREFORE, WSI requests that the Court issue an order granting this Motion for Leave to File Under Seal

Respectfully submitted,

Richard J. Webber
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395
webberr@arentfox.com
Attorney of Record for Wackenhut Services, Inc.

Of Counsel:

Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
miller.lisa@arentfox.com
Tel: 202-857-6000 Fax: 202-857-6395

September 17, 2008