ORIGINAL

FILED
SEP 17 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| **WACKENHUT SERVICES, INC.,** **Plaintiff,** | ) | Case No. 08-660 C |
| **v.** | ) | |
| **THE UNITED STATES,** **Defendant.** | ) | (Judge ________) |

**MOTION FOR PROTECTIVE ORDER**

Plaintiff, Wackenhut Services, Inc. ("WSI"), respectfully applies to this Court for the issuance of a Protective Order in connection with this action, a bid protest challenging the award of a fixed-price indefinite quantity contract (the "Contract") to Coastal International Security, Inc. ("Coastal") by the National Aeronautics and Space Administration ("NASA"), under Request for Proposals No. NNX077040R (the "RFP").

This Motion is made pursuant to Rules of the United States Court of Federal Claims ("RCFC") App. C, § VI. The documents subject to this Motion include the Complaint and Memorandum of Points and Authorities, filed under seal simultaneously with this Motion, as well as any future submissions to be made by the parties in connection with this protest.

The materials that form the basis for this protest are comprised of contractor proprietary information (*e.g.*, proposal and pricing information) and source selection sensitive information (*e.g.*, acquisition planning, evaluation, and award documentation) relating to the procurement at issue. These materials were disclosed to undersigned counsel subject to a protective order issued by the U.S. Government Accountability Office ("GAO") in conjunction with a bid protest of the



LDR/234086.1

Contract award previously filed with the GAO on June 10, 2008, docketed as B-400240, B-400240.2. GAO issued a decision denying the bid protest on September 10, 2008.

WHEREFORE, WSI requests that the Court issue the requested Protective Order

Respectfully submitted,

Richard J. Webber.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395
webberr@arentfox.com
Attorney of Record for Wackenhut Services, Inc.

Of Counsel:

Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
miller.lisa@arentfox.com
Tel: 202-857-6000 Fax: 202-857-6395

September 17, 2008