ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

FILED
SEP 17 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **WACKENHUT SERVICES, INC.,** | ) | 08-660 C |
| **Plaintiff,** | ) | **Case No.** ______________ |
| v. | ) | |
| **THE UNITED STATES,** | ) | **(Judge** ______________**)** |
| **Defendant.** | ) | |

## APPLICATION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Wackenhut Services, Inc. ("WSI"), respectfully applies to this Court for the issuance of a Temporary Restraining Order staying the performance of the fixed-price indefinite quantity contract (the "Contract") awarded to Coastal International Security, Inc. ("Coastal") by the National Aeronautics and Space Administration ("NASA"), under Request for Proposals No. NNX077040R.

Immediate injunctive relief is required because, without it, NASA and Coastal will commence performance of task orders under the Contract. Neither the United States nor Coastal will be harmed by such relief in that performance of work under the Contract previously has been stayed in accordance with 31 U.S.C. § 3553(d)(3)(A)(ii) pursuant to a bid protest previously filed with the U.S. Government Accountability office ("GAO") on June 10, 2008, docketed as B-400240, B-40040.2. GAO issued a decision denying the bid protest on September 10, 2008. In addition, NASA is able to meet its performance needs through current contracts that either will not expire during this proceeding or may be readily extended.

LDR/233987.1

As set out in greater detail in WSI's Memorandum of Points and Authorities in Support of Application for Temporary Restraining Order and Motion for Preliminary Injunction, there are good grounds for issuance of this Application. WSI has a strong likelihood of success on the merits because NASA has acted arbitrarily and capriciously, violated applicable laws and regulations, and abused its discretion in deciding to award the Contract to Coastal. WSI will suffer irreparable harm absent the requested injunctive relief because its proposal was not fairly and lawfully considered, and it will lose anticipated profits if Coastal is permitted to perform the Contract during the pendency of this protest. Neither NASA nor Coastal will be harmed by the issuance of an order granting injunctive relief. Issuance of the temporary restraining order is in the public interest because the public benefits by fair competition for Government contracts and ensuring the conduct of procurements in accordance with applicable procurement laws and regulations.

In accordance with RCFC 65(c), WSI requests that the Court either forego any bond, or alternatively, require only a nominal cash deposit.

WHEREFORE, WSI requests that the Court issue the requested Temporary Restraining Order requiring NASA to stay the performance of Coastal's Contract pending resolution of this protest on the merits.

Respectfully submitted,

Richard J. Webber.
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395
webberr@arentfox.com
Attorney of Record for Wackenhut Services, Inc.

Of Counsel:
Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
miller.lisa@arentfox.com
Tel: 202-857-6000 Fax: 202-857-6395

September 17, 2008