ORIGINAL

FILED
SEP 17 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **WACKENHUT SERVICES, INC.,** | |
| **Plaintiff,** | **Case No.** 08-660 C |
| **v.** | |
| **THE UNITED STATES,** | **(Judge __________)** |
| **Defendant.** | |

## RCFC RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Wackenhut Services, Inc. ("WSI"), through undersigned counsel, hereby submits the required disclosure statement. WSI's ultimate parent, owning 100% of its stock, is Group 4 Securicor plc, a public United Kingdom company. There are several intermediate parent companies. They are, Milestone Holding, Group4F1, Group4H, Group 4SH, Group 4, and Manroyal Inv. No other company owns 10% or more of WSI's stock. Group 4 Securicor plc is in the process of reorganization that will, when completed, simplify this structure.

Respectfully submitted,

[signature]

Richard J. Webber
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Tel: 202-857-6254 Fax: 202-857-6395
webberr@arentfox.com
Attorney of Record for Wackenhut Services, Inc.

LDR/234088.1

Of Counsel:

Lisa K. Miller
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
miller.lisa@arentfox.com
Tel: 202-857-6000 Fax: 202-857-6395

September 17, 2008